No. _CR 07 00504 JW_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

FILED

2007 AUG -2  A 8:19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA
### vs.

**RICARDO SAEZ** and
**ROLANDO BARRIENTOS**

# INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute of Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

<u>Count Three</u>: Title 18, United States Code, Sections 922(g)(1) - Felon in Possession of a Firearm.

*A true bill.*

_____
Foreperson

Filed in open court this ___1___ day of __Aug 2007__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __NO BAIL WARRANT__

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED BY ORDER OF THE COURT

FILED
2007 AUG -2  A 8: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICARDO SAEZ and
ROLANDO BARRIENTOS,

        Defendants.

) CR 07 00504 JW PVT
) No.:
)
) VIOLATIONS: 21 U.S.C. § 846 –
) Conspiracy to Distribute Methamphetamine;
) 21 U.S.C. § 841(a)(1) - Distribution of
) Methamphetamine; 18 U.S.C. § 922(g)(1) -
) Felon in Possession of Firearm
)
)
) SAN JOSE VENUE
)

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about October 2, 2005, and continuing through and including October 3, 2005, in the Northern District of California, the defendants,

        RICARDO SAEZ and
        ROLANDO BARRIENTOS,

INDICTMENT

1  did knowingly and intentionally conspire with other persons known and unknown to
2  the Grand Jury to distribute a controlled substance, to wit, 5 grams and more of
3  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United
4  States Code, Sections 846 and 841(b)(1)(B)(viii).
5  COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
6        On or about October 3, 2005, in the Northern District of California, the defendants,

RICARDO SAEZ and
ROLANDO BARRIENTOS,

9  did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of
10 methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United
11 States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
12 COUNT THREE: (18 U.S.C. § 922(g)(1))
13       On or about October 3, 2005, in the Northern District of California, the defendant,

ROLANDO BARRIENTOS,

15 having previously been convicted of a crime punishable by imprisonment for a term exceeding
16 one year, did knowingly possess a firearm, to wit, a Rohm .22 caliber pistol, Model RG-66, serial
17 number 1C67099, in and affecting commerce, in violation of Title 18, United States Code,
18 Section 922(g)(1).
19 FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1))
20     1.    The factual allegations contained in Count Three of this Indictment are realleged
21 and incorporated as if fully set forth here.
22     2.    Upon conviction of the alleged offense in Count Three above, the defendant,

ROLANDO BARRIENTOS,

24 shall forfeit to the United States any firearm and ammunition involved in or used in any knowing
25 violation of said offense, including but not limited to the following property: Rohm .22 caliber
26 //
27 //
28 //

INDICTMENT                                 2

1  pistol, Model RG-66, serial number 1C67099.

   All in violation of Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

DATED: 8/1/07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
                      AUSA O'Connell

INDICTMENT                          3

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

*SEALED BY ORDER OF THE COURT*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---

**OFFENSE CHARGED**

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

FILED 2007 AUG -2 A 8: 19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT - U.S.**
► RICARDO SAEZ

**DISTRICT COURT NUMBER**
CR 07 00504 JW PVT

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **THOMAS M. O'CONNELL**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ►
Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
**RICARDO SAEZ and
ROLANDO BARRIENTOS**

ATTACHMENT TO PENALTY SHEET

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 922(g)(1) - Felon in Possession of Firearm

10 years imprisonment
$250,000 Fine
5 years of supervised release
$100 special assessment

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -2 A 8:20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR

**DEFENDANT - U.S.**
▶ ROLANDO BARRIENTOS

**DISTRICT COURT NUMBER**
07 00504 JW  PVT

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
**RICARDO SAEZ and
ROLANDO BARRIENTOS**

**ATTACHMENT TO PENALTY SHEET**

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 922(g)(1) - Felon in Possession of Firearm

10 years imprisonment
$250,000 Fine
5 years of supervised release
$100 special assessment