1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2
   BRIAN J. STRETCH, (CABN 163973)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5053
7       Fax: (408) 535-5066
        Email: thomas.m.oconnell@usdoj.gov
8

9  Attorneys for Plaintiff

10

11

12                      UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,        )    NO. CR 07-00504-02-JW
                                     )
16             Plaintiff,            )
                                     )    **PETITION FOR AND WRIT**
17                                   )    **OF HABEAS CORPUS**
               v.                    )    **AD PROSEQUENDUM**
18                                   )
    ROLANDO BARRIENTOS,              )
19                                   )    Date:   August 30, 2007
                                     )    Time:   9:30 am
20             Defendant.            )
    _____)
21

22      TO:   The Honorable Howard R. Lloyd, United States Magistrate Judge of the
              United States District Court for the Northern District of California:
23

24      The petition of Thomas M. O'Connell, Assistant United States Attorney, respectfully

25  requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person

26  ROLANDO BARRIENTOS, Booking #T31026, of whose place of custody and jailor are set

**PETITION FOR AND WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

FILED

2007 AUG 17 P 4: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

1  forth in the requested Writ, attached hereto.

2  WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the

3  attached Writ of Habeas Corpus Ad Prosequendum issue the Writ as presented.

4                                          Respectfully submitted,
                                           SCOTT N. SCHOOLS
5                                          United States Attorney

6

7  DATED:        August 13, 2007       _____
                                       THOMAS M. O'CONNELL
8                                      Assistant United States Attorney

9

10       Based upon the application of the United States Attorney set forth above, and good cause

11  appearing therefore, the application for a petition directing the issuance of a Writ of Habeas

12  Corpus Ad Prosequendum  requiring the production of ROLANDO BARRIENTOS, Booking

13  #T31026, forthwith for Initial Appearance before this Court on August 30, 2007 at 9:30 a.m., or

14  as soon thereafter as possible, is granted.

15

16  IT IS SO ORDERED.

17

18  DATED: _____          _____
                                    Howard R. Lloyd
19                                  United States Magistrate Judge

20

21

22

23

24

25

26

**PETITION FOR AND WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

<u>TO THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:  FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Warden, Avenal State Prison, Avenal, California.

<u>GREETINGS</u>

We command that on August 30, 2007 at 9:30a.m., or as soon thereafter as possible, you have and produce the body of ROLANDO BARRIENTOS, Booking #T31026, in your custody at the U.S. Marshals Office, 280 S. First Street, San Jose, California from Avenal State Prison for Initial Appearance on August 30, 2007.   We further command that at the government or Court's request you bring ROLANDO BARRIENTOS  to the Courtroom of Magistrate Howard R. Lloyd, United States District Court, 280 S. First Street, 5th Floor, San Jose, California, and that immediately after the conclusion of the hearing, you return him forthwith to Avenal State Prison or abide by such order of the Court concerning the prisoner.  We further command that you produce said prisoner at all times necessary until the termination of the proceedings in this case.

WITNESS the Honorable Howard R. Lloyd, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED:  8-17-07

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _*Sandy Morris*_

DEPUTY CLERK
Sandy Morris

**PETITION FOR AND WRIT OF**
**HABEAS CORPUS AD <u>PROSEQUENDUM</u>**