UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0504 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C) (1) and Rolando Barrientos ( C) (2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s):
Mary Conn - Ricardo Saez
Joseph Wall for Bruce Funk - Rolando Barrientos

## PROCEEDINGS

Further Status Hearing

## ORDER AFTER HEARING

Hearing Held as to both defendants.

**As to Defendant Saez:** The Court continued this matter to 12/3/2007 at 1:30 PM for Further Status Hearing. Time is excluded from 10/22/2007 to 12/3/2007 for defense counsel to investigate the current discovery.

**As to Defendant Barrientos:** The Court continued this matter to 11/5/2007 at 1:30 PM for Further Status Hearing. Time is excluded from 10/22/2007 to 11/5/2007 for continuity of counsel and to accommodate defense counsel's investigation of current discovery.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: