UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware  
Date:  11/5/2007  
Case No: CR-07-0504 JW  

Courtroom Deputy: Elizabeth Garcia  
Court Reporter: Irene Rodriguez  
U.S. Probation Officer: N/A  
Interpreter:  N/A  

## TITLE

U.S.A. v. Rolando Barrientos ( C)

Attorney(s) for Plaintiff(s): Tom O'Connell  
Attorney(s) for Defendant(s): Bruce Funk

## PROCEEDINGS

Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held.  Defendant Barrientos present and in custody for proceedings.  The Court continued this matter to November 19, 2007 at 1:30 PM for Setting/Disposition.  Time is excluded from November 5, 2007 through November 19, 2007 to accommodate efforts to resolve the matter short of trial.

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: