UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/19/2007  **Court Reporter:** Summer Clanton
**Case No:** CR-07-0504 JW  **U.S. Probation Officer:** N/A
 **Interpreter:** N/A

## TITLE

U.S.A. v. Rolando Barrientos ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Bruce Funk

## PROCEEDINGS

1. Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Barrientos present and in custody for proceedings. The Court continued this matter to December 3, 2007 at 1:30 PM for Setting/Disposition. Time is excluded from November 19, 2007 through December 3, 2007 to accommodate potential resolution of the matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: