UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## AMENDED CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 1/14/2008
**Case No:** CR-07-0504 JW
**Related Case:** CR 07-0507 JW USA v. Saez
CR 07-0523 JW USA v. Saez
CR 07-0524 JW USA v. Saez
CR 07-0525 JW USA v. Saez

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez (1)( C) and Rolando Barrientos (2) ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Michelle Spencer for Mary Conn (Saez)
Bruce Funk (Barrientos)

## PROCEEDINGS

Status in CR 07-0504 JW re Setting/Disposition as to both Defendants and related cases CR 07-0507 JW, CR 07-0523 JW, CR 07-0524 JW, CR 07-0525JW as to Ricardo Saez ONLY

## ORDER AFTER HEARING

Hearing Held. Defendants present and in custody for proceedings. The Court continued this matter to January 17, 2008 at 1:30 PM for Hearing re Representation. Time is excluded from January 14, 2008 through January 17, 2008.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: