1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   USA,                                     No. C 07-00504 JW

8            Plaintiff(s),
                                             CLERK'S NOTICE CHANGING HEARING
9        v.                                  TIME

10  SAEZ, et al

11           Defendant(s).

12  _____/

13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15

16  YOU ARE NOTIFIED THAT the Motion Hearing re Representation as to BOTH Defendants before

17  Judge James Ware previously noticed for January 17, 2008 at 1:30 PM has been reset to January 17,

    2008 **at 3:00 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

18  Dated:  January 15, 2008

19                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk
20

21
                                             by:  _____/s/_____
22                                                 Elizabeth Garcia
                                                   Courtroom Deputy
23

24

25

26

27

28

**United States District Court**

For the Northern District of California