UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/17/2008
**Case No.:** CR-07-0504-02 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**Interpreter:** N/A

## TITLE

USA v. Rolando Barrientos (2)( C)

**Attorney(s) for Plaintiff(s)**: Tom O'Connell
**Attorney(s) for Defendant(s)**: Peter Leeming

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held.  Defendant present and in custody for proceedings. The Defendant plead guilty as to Count Two (2) of the Indictment.  A plea agreement was executed in open court.  The Court referred this matter to the Probation Office for preparation of presentence investigation report.  The Government made an oral motion to dismiss the Counts One (1) and Three (3) of the Indictment.  The Court submitted this matter until the time of sentencing.  The Court set a date for Judgment and Sentencing on **June 2, 2008 at 1:30 PM.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: