1  JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5053
7       Fax: (408)-535-5066
        E-Mail: Thomas.M.OConnell@usdoj.gov

8
Attorneys for Plaintiff

9

10
                    UNITED STATES DISTRICT COURT

11
                  NORTHERN DISTRICT OF CALIFORNIA

12
                        SAN JOSE DIVISION

13

14
UNITED STATES OF AMERICA,          )    No. CR - 07-00504 - JW
15                                 )
          Plaintiff,               )    GOVERNMENT'S SENTENCING
16                                 )    MEMORANDUM
               v.                  )
17                                 )
ROLANDO BARRIENTOS,                )
18                                 )
          Defendant.               )
19  _____)

20

21      Defendant Rolando Barrientos comes before the court for sentencing, having pled  guilty

22  to count two of the captioned indictment charging distribution of 5 grams or more of pure

23  methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(B)(viii) pursuant to a plea agreement

24  under Rules 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

25      U.S. Probation has correctly calculated the defendant's  U.S.S.G. range to be 92 - 115

26  months, and is not in agreement with the parties' binding plea.  Rather, Probation has

27  recommended a sentence of 92 months imprisonment.

28      The parties, however, have agreed that a reasonable and appropriate disposition of this

**Sentencing Memorandum (Barrientos)**

1   case, under  the  Sentencing Guidelines and 18 U.S.C. § 3553(a), is 60 months imprisonment, to

2   be served consecutively to defendant's  current state sentence, and to be followed by four years of

3   supervised release (with conditions to be fixed by the Court), no fine, restitution or forfeiture,

4   and a $100.00 special assessment  at the time of sentencing.

5          This agreement was made based upon numerous considerations, including the fact that

6   the defendant is a sentenced state prisoner with a projected release date of November, 2010, and

7   will be under 4 years of supervision by U.S. Probation upon his release from federal custody.

8   Moreover, the defendant was one of the last remaining subjects charged in a twelve defendant

9   case,  and the instant plea results in  the conservation of both judicial and prosecutorial

10  resources.

11  Finally, the case agents are in accord with this disposition.

12         The government hereby moves to dismiss the open charges pending against the

13  defendant at the time of sentencing, that is Counts 1 and 3 of the indictment.

14

15

16                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
17

18

19  Dated:     05/30/08                                      /S/
                                            THOMAS M. O'CONNELL
20                                          Assistant United States Attorney

21

22

23

24

25

26

27

28

**Sentencing Memorandum (Barrientos)**          2