## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**
**Date: June 2, 2008**
**Case No.: CR-07-0504 JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Peter Torreano**
**U.S. Probation Officer: Lori Timmons**
**Interpreter:   N/A**

### TITLE

**U.S.A. v. Rolando Barrientos ( C)(2)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Peter Leeming**

### PROCEEDINGS

**1. Judgment and Sentencing as to Ct. 2**
**2. Govt Motion to Dismiss Ct. 1, 3**

### ORDER AFTER HEARING

**Hearing Held.  Defendant Barrientos  present and  in custody for proceedings.  The Court sentenced the Defendant as to Count 2.  The Defendant is committed to 60  months BOP custody.  The term of imprisonment is to run consecutively to current state sentence.  After the Defendant finishes his term of imprisonment the Defendant shall serve 4 years supervised release under the standard conditions and Court imposed special conditions of probation.  The Defendant shall pay a  $100 special assessment.  The Government made a motion to Dismiss Counts 1 and 3. The Court GRANTED the Government's Motion to Dismiss.  The Defendant is remanded to the custody of the United States Marshal Service.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C. Escolano/E-filed**
CC: